UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| ASHLEIGH LEE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: |
| | ) |
| | ) 5:11-cv-00302-CAR |
| LARRY EDWARD HEADLEY, | ) |
| WERNER ENTERPRISES, INC. | ) |
| and ACE AMERICAN INSURANCE | ) |
| COMPANY | ) |
| | ) |
| Defendants. | ) |

**DISMISSAL WITH PREJUDICE**

COMES NOW Plaintiffs ASHLEIGH LEE, in the above-captioned matter, and dismisses her case with prejudice against Defendants LARRY EDWARD HEADLEY, WERNER ENTERPRISES, INC. and ACE AMERICAN INSURANCE COMPANY. Plaintiff hereby authorizes the Clerk of Court to mark the above-styled civil action "dismissed with prejudice" upon the dockets and records of the Court.

Respectfully submitted on this 25 day of September, 2012.

                LAW OFFICES OF KATHERINE L.
                MCARTHUR, LLC

                */s/ Katherine L. McArthur*
                KATHERINE L. MCARTHUR
                Georgia Bar No. 480730
                Counsel for Plaintiff

6055 Lakeside Commons Drive
Suite 400
Macon, Georgia 31210
Phone: (478) 238-6600

## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| ASHLEIGH LEE,           )<br>                         )<br>         Plaintiff,   )<br>                         )<br> v.                      )   Civil Action No.:<br>                         )<br>                         )   5:11-cv-00302-CAR<br> LARRY EDWARD HEADLEY,   )<br> WERNER ENTERPRISES, INC.)<br> and ACE AMERICAN INSURANCE )<br> COMPANY                 )<br>                         )<br>         Defendants.    ) | |

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have this 25 day of September, I have served a copy of the within and foregoing **DISMISSAL WITH PREJUDICE** upon all parties to this matter by depositing a true copy of same in the United States Mail, in a properly addressed envelope with adequate postage thereon to the counsel of record as follows:

Steven D. Prelutsky, Esq.
Hall Booth Smith & Slover, P.C.
191 Peachtree Street, N.E.
Suite 2900
Atlanta, Georgia 30303-1775

                                        LAW OFFICES OF KATHERINE L. MCARTHUR, LLC

                                        KATHERINE L. MCARTHUR
                                        Georgia Bar No. 480730
                                        Counsel for Plaintiff

6055 Lakeside Commons Drive
Suite 400
Macon, Georgia 31210
Phone: (478) 238-6600